NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN E. GALLAGHER,**

*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2026-1091

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 25-1921, Judge Coral Wong Pietsch.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2)  Each side shall bear their own costs.

FOR THE COURT

January 12, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** January 12, 2026